1
2
3
4

# UNITED STATES DISTRICT COURT

5

## DISTRICT OF NEVADA

6
7

| | |
|---|---|
| CARL J. TEIXEIRA, | 2:11-CV-2022 JCM (RJJ) |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERIA, | |
| Defendant. | |

14

**ORDER**

15    Presently before the court is defendants Eckmeyer, McPherson, Minchak, Sultan, Toliver and
16 the United States' motion to dismiss. (Doc. #27). The motion was filed on March 11, 2012.
17 Defendant Scott has filed a joinder. (Doc. #28).

18    Rather than file a response to the motion to dismiss, plaintiff filed an amended complaint on
19 March 26, 2012. Federal Rule of Civil Procedure 15(a)(1)(B) allows a party to amend "its pleading
20 once as a matter of course . . . within 21 days after service of a motion under Rule 12(b). . . ."

21    Plaintiff has amended his pleadings appropriately pursuant to Rule 15. Accordingly, the
22 pending motion to dismiss is moot.

23    . . .
24    . . .
25    . . .
26    . . .
27    . . .
28

**James C. Mahan**
**U.S. District Judge**

Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to dismiss (doc. #27) be, and the same hereby is, DENIED as moot.

DATED May 2, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -