1
2
3
4
5              UNITED STATES DISTRICT COURT
6                  DISTRICT OF NEVADA
7
8    CARL J. TEIXEIRA,                    2:11-CV-2022 JCM (RJJ)
9           Plaintiff,
10   v.
11   UNITED STATES OF AMERIA,
12
13          Defendant.

14                              **ORDER**

15      Presently before the court is defendants Eckmeyer, McPherson, Minchak, Sultan, Toliver and

16   the United States' motion to dismiss. (Doc. #27). The motion was filed on March 11, 2012.

17   Defendant Scott has filed a joinder. (Doc. #28).

18      Rather than file a response to the motion to dismiss, plaintiff filed an amended complaint on

19   March 26, 2012. Federal Rule of Civil Procedure 15(a)(1)(B) allows a party to amend "its pleading

20   once as a matter of course . . . within 21 days after service of a motion under Rule 12(b). . . ."

21      Plaintiff has amended his pleadings appropriately pursuant to Rule 15. Accordingly, the

22   pending motion to dismiss is moot.

23   . . .
24   . . .
25   . . .
26   . . .
27   . . .
28

**James C. Mahan**
**U.S. District Judge**

1   Therefore,

2   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion to

3   dismiss (doc. #27) be, and the same hereby is, DENIED as moot.

4   DATED May 2, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -