DANIEL G. BOGDEN
United States Attorney
District of Nevada

JUSTIN E. PINGEL
Assistant United States Attorney
Nevada State Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: justin.pingel@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARL J. TEIXEIRA, | ) |
|  Plaintiff, | ) Case No: 2:11-cv-02022-JCM-NJK |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
|  Defendant. | ) |

**<u>UNOPPOSED MOTION TO CONTINUE TRIAL DATE</u>**
**(Second Request)**

Federal Defendant United States of America hereby requests a continuance of the bench trial currently set for March 31, 2014.  The continuance is needed in order to accommodate scheduling conflicts with Government counsel and their expert witness.

This action for money damages under the Federal Tort Claims Act was originally set for a February 10, 2014 bench trial (ECF 55).  Due to health reasons, Plaintiff filed a Stipulation for Continuance of the Trial Date which was granted, resetting the bench trial to March 31, 2014 (ECF 60).

Both parties will require approximately two days to present witnesses and testimony to the Court at trial. The parties have conferred and agree to the following proposed alternative trial dates:

    May 12, 2014

    June 9, 2014

    June 16, 2014

The United States respectfully requests the Court consider this request and grant the continuance. Respectfully submitted this 6th day of March 2014.

    DANIEL G. BOGDEN
    United States Attorney

    */s/ Justin E. Pingel*
    JUSTIN E. PINGEL
    Assistant United States Attorney

**IT IS SO ORDERED:**

**The Calendar Call is continued to** June 11, 2014 at 1:30 p.m.

**The Bench Trial is continued to** June 16, 2014 at 9:00 a.m.

*[signature]*
**UNITED STATES DISTRICT JUDGE**
**DATED:** March 12, 2014

**PROOF OF SERVICE**

I, Justin E. Pingel, AUSA, certify that the following individual was served with the **UNOPPOSED MOTION TO CONTINUE TRIAL DATE** on this date by the below identified method of service:

**Electronic Case Filing:**

David P. Sheldon
Law Offices of David P. Sheldon
512 8th Street SE
Washington, DC 20003
davidsheldon@militarydefense.com

Lawrence J. Semenza, III
Lawrence J. Semenza, III, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
ljs@semenzalaw.com

*Attorneys for Plaintiff*

Dated this 6th day of March 2014.

                                              */s/ Justin E. Pingel*
                                              JUSTIN E. PINGEL
                                              Assistant United States Attorney