DANIEL G. BOGDEN
United States Attorney
District of Nevada

JUSTIN E. PINGEL
Assistant United States Attorney
Nevada State Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: justin.pingel@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARL J. TEIXEIRA, | ) |
| Plaintiff, | ) Case No: 2:11-cv-02022-JCM-NJK |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO CONTINUE TRIAL DATE
### (Second Request)

Federal Defendant United States of America hereby requests a continuance of the bench trial currently set for March 31, 2014.  The continuance is needed in order to accommodate scheduling conflicts with Government counsel and their expert witness.

This action for money damages under the Federal Tort Claims Act was originally set for a February 10, 2014 bench trial (ECF 55).  Due to health reasons, Plaintiff filed a Stipulation for Continuance of the Trial Date which was granted, resetting the bench trial to March 31, 2014 (ECF 60).

1

1  Both parties will require approximately two days to present witnesses and testimony to the Court

2  at trial.  The parties have conferred and agree to the following proposed alternative trial dates:

3       May 12, 2014

4       June 9, 2014

5       June 16, 2014

6  The United States respectfully requests the Court consider this request and grant the continuance.

7  Respectfully submitted this 6th day of March 2014.

8       DANIEL G. BOGDEN
        United States Attorney

9

10       */s/ Justin E. Pingel*
         JUSTIN E. PINGEL
         Assistant United States Attorney

11

12

13

14  **IT IS SO ORDERED:**

15  **The Calendar Call is continued to** _June 11, 2014 at 1:30 p.m._

16  **The Bench Trial is continued to** _June 16, 2014 at 9:00 a.m._

17

18  UNITED STATES DISTRICT JUDGE

19  **DATED:** _March 12, 2014_

20

21

22

23

24

25

26

1

**PROOF OF SERVICE**

2

     I, Justin E. Pingel, AUSA, certify that the following individual was served with the
**UNOPPOSED MOTION TO CONTINUE TRIAL DATE** on this date by the below identified

3

method of service:

4

    **Electronic Case Filing:**

5

David P. Sheldon

6

Law Offices of David P. Sheldon
512 8th Street SE
Washington, DC 20003

7

davidsheldon@militarydefense.com

8

Lawrence J. Semenza, III

9

Lawrence J. Semenza, III, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

10

ljs@semenzalaw.com

11

*Attorneys for Plaintiff*

12

13

Dated this 6th day of March 2014.

14

                             */s/ Justin E. Pingel*

15

                             JUSTIN E. PINGEL
                             Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26