# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARL J. TEIXEIRA, | ) |
| Plaintiff, | ) Case No: 2:11-cv-02022-JCM-NJK |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

# JUDGMENT

This action came before the Court for a bench trial. The issues have been tried and the decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant United States of America and against Plaintiff Carl J. Teixeira.

Dated this 11th day of July 2014

JAMES C. MAHAN
United States District Judge