# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARL J. TEIXEIRA,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | 2:11-CV-2022 JCM (RJJ) |

# ORDER

Presently before the court is plaintiff Carl Teixeira's motion to waive transcript fees. (Doc. # 76). The motion was filed by Teixeira acting *pro se*.

After a bench trial, judgment was entered against Teixeira and in favor of the government on his sole claim for negligence brought under the Federal Tort Claims Act. (*See* judgment, doc. # 75). Teixeira was represented by counsel at trial and the record reflects that he continues to be so represented.

"A party who has appeared by attorney cannot while so represented appear or act in the case. An attorney who has appeared for a party shall be recognized by the Court and all parties as having control of the client's case." Local Rule IA 10-6(a).

Because plaintiff has appeared by attorney, and continues to be so represented, any motions he seeks this court to consider must be filed by his attorney of record.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   Accordingly,

2   IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion to waive

3   fees (doc. # 76) be, and the same hereby is, DENIED without prejudice.

4   DATED July 21, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -